| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Chatigny, Robert N. | 2. Court or Organization U.S. District of Connecticut | 3. Date of Report 08/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. District Court 450 Main Street Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | ▓▓▓▓▓▓▓ - Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Bar Council | 10/23/09 - 10/25/09 | Lenox, MA | Fall Bench & Bar Retreat | Room and meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | American Express | Credit Card | K |
| 3. | ▓▓▓ Bank | Business Loan | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Checking Acct. (Y) | | None | | | | | | | See Section VIII |
| 2. ▓▓▓▓ U.S.A., Inc. Shares | | None | K | W | | | | | |
| 3. ▓▓▓▓▓ (Y) | | None | | | | | | | See Section VIII |
| 4. Vanguard Windsor II Fund SEP IRA | A | Dividend | K | T | | | | | |
| 5. Vanguard International Group Fund SEP IRA | A | Dividend | J | T | | | | | |
| 6. Vanguard Windsor II Fund IRA | A | Dividend | K | T | | | | | |
| 7. Vanguard International Growth Fund IRA | A | Dividend | K | T | | | | | |
| 8. IRA Rollover - Cash | A | Interest | J | T | | | | | |
| 9. Bernstein Intermediate Duration Portfolios | D | Dividend | M | T | Buy (add'l) | 9/1 | J | | |
| 10. | | | | | Buy (add'l) | 9/23 | J | | |
| 11. | | | | | Buy (add'l) | 10/16 | J | | |
| 12. | | | | | Buy (add'l) | 12/17 | J | | |
| 13. | | | | | Buy (add'l) | 12/28 | J | | |
| 14. | | | | | Sold (part) | 3/6 | K | A | |
| 15. Bernstein International Value Portfolio II | B | Dividend | M | T | Buy (add'l) | 3/6 | K | | |
| 16. Bank of America Corp. | A | Dividend | | | Sold | 3/24 | J | A | |
| 17. Bernstein Diversified Municipal Portfolio | A | Dividend | | | Sold | 7/7 | K | B | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bernstein Custodian Cash | A | Interest | J | T | | | | | |
| 19. Horse - 15% Ownership (Y) | | None | | | | | | | See Section VIII |
| 20. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | | | Sold | 7/7 | J | A | |
| 21. Bernstein Short Dur DVSD Municipal Portfolio (Y) | | | | | | | | | |
| 22. Wisconsin Energy Corp. | A | Dividend | | | Sold | 4/29 | J | A | |
| 23. Bank of America Checking Acct | | None | J | T | | | | | |
| 24. Stock - Conoco Phillips (Y) | | | | | | | | | |
| 25. ▓▓▓ Bank - Checking Account | A | Interest | J | T | | | | | |
| 26. Stock - Travelers Companies | A | Dividend | J | T | Sold (part) | 6/24 | J | A | |
| 27. Stock - Sprint Nextel Corp. | | None | J | T | Buy (add'l) | 8/6 | J | | |
| 28. Stock - Citigroup Inc. | A | Dividend | | | Sold | 2/6 | J | A | |
| 29. Stock - Kroger | A | Dividend | | | Sold | 7/20 | J | A | |
| 30. Stock - General Electric (Y) | | | | | | | | | |
| 31. Stock - Sanmina Corp. | | None | | | Sold | 3/11 | J | A | |
| 32. Stock - BP PLC | A | Dividend | | | Sold (part) | 2/3 | J | A | |
| 33. | | | | | Sold | 10/5 | J | A | |
| 34. Stock - JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 5/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stock - Chevron Corp. (Y) | | | | | | | | | |
| 36. Stock - Amer International Group | B | None | | | Sold | 3/13 | J | A | |
| 37. Stock - Hartford Financial Services | A | Dividend | | | Sold | 8/12 | J | A | |
| 38. Stock - Time Warner Inc. | A | Dividend | J | T | | | | | |
| 39. Stock - Exxon Mobil Corp. | A | Dividend | | | Sold (part) | 7/10 | J | A | |
| 40. | | | | | Sold (part) | 8/19 | J | A | |
| 41. | | | | | Sold | 9/30 | J | A | |
| 42. Stock - Genworth Financial Inc. | | None | | | Sold | 8/11 | J | A | |
| 43. Stock - XL Capital | A | Dividend | J | T | | | | | |
| 44. Stock - Goldman Sachs Group | A | Dividend | J | T | Buy (add'l) | 8/31 | J | | |
| 45. Stock - AT&T Inc. | A | Dividend | J | T | | | | | |
| 46. Stock - Verizon Communications | A | Dividend | | | Sold | 4/30 | J | A | |
| 47. Stock - CBS Corp. | A | Dividend | J | T | Sold (part) | 11/12 | J | A | |
| 48. Stock - Merck & Co. | A | Dividend | J | T | Sold (part) | 11/16 | J | A | |
| 49. Stock - Pfizer Inc. | A | Dividend | J | T | | | | | |
| 50. Stock - Verizon Communication (Y) | | | | | | | | | |
| 51. Stock - Black & Decker Corp. | A | Dividend | | | Sold | 12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

|  |  | Amount Code 1 |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| 54. | Stock - Deutsche Bank | A | Dividend | J | T | Buy (add'l) | 5/7 | J |  |  |
| 55. | Stock - Fidelity National | A | Dividend |  |  | Sold | 11/10 | J | A |  |
| 56. | Stock - Morgan Stanley | A | Dividend | J | T |  |  |  |  |  |
| 57. | Stock - McKesson Corp. | A | Dividend |  |  | Sold | 1/22 | J | A |  |
| 58. | Stock - Autoliv Inc. | A | Dividend |  |  | Sold | 7/21 | J | A |  |
| 59. | Stock - Macy's Inc. (Y) |  |  |  |  |  |  |  |  |  |
| 60. | Stock - Caterpillar Inc. | A | Dividend | J | T | Sold (part) | 10/14 | J | A |  |
| 61. | Stock - Tyco Intl | A | Dividend |  |  | Sold | 1/28 | J | A |  |
| 62. | Stock - Royal Dutch | A | Dividend |  |  | Sold (part) | 3/23 | J | A |  |
| 63. |  |  |  |  |  | Sold | 7/14 | J | A |  |
| 64. | Stock - McKesson Corp. (Y) |  |  |  |  |  |  |  |  |  |
| 65. | Stock - Macy's Inc. | A | Dividend | J | T |  |  |  |  |  |
| 66. | Stock - Supervalu Inc. | A | Dividend | J | T | Buy | 10/15 | J |  |  |
| 67. | Stock - BP - PLC (Y) |  |  |  |  |  |  |  |  |  |
| 68. | Stock - Chevron Corp. | A | Dividend | J | T | Sold (part) | 7/15 | J | A |  |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |  |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |  |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |  |
|  | P3 =$25,000,001 - $50,000,000 |  | P4 =More than $50,000,000 |  |  |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |  |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |  |  |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller ·(if private transaction) |
| 69. | | | | | Sold (part) . | 8/10 | J | A | |
| 70.   Stock - ConocoPhillips | A | Dividend | J | T | Buy (add'l) | 9/2 | J | | |
| 71. | | | | | Buy (add'l) | 11/12 | J | | |
| 72. | | | | | Sold (part) | 1/28 | J | A | |
| 73.   Stock - Exxon Mobil (Y) | | | | | | | | | |
| 74.   Stock - Travelers (Y) | | | | | | | | | |
| 75.   Stock - JP Morgan (Y) | | | | | | | | | |
| 76.   Bernstein Diversified Municiple Portfolio (Y) | | | | | | | | | |
| 77.   Bernstein Intermediate Duration Portfolios (Y) | | | | | | | | | |
| 78.   Stock - Fifth Third Bancorp. | A | Dividend | | | Sold | 3/18 | J | A | |
| 79.   Stock - Gannett Co. | A | Dividend | | | Sold | 4/9 | J | A | |
| 80.   Stock - Bristol-Myers Squibb Co. | A | Dividend | | | Sold | 5/12 | J | A | |
| 81.   Stock - Sanofi Synthelabo | A | Dividend | | | Sold | 6/11 | J | A | |
| 82.   Stock - Wyeth | A | Dividend | | | Sold | 4/9 | J | A | |
| 83. | | | | | Sold | 5/27 | J | A | |
| 84.   Stock - Cardinal Health Inc. | A | Dividend | | | Sold (part) | 8/20 | J | A | |
| 85. | | | | | Sold | 9/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stock - Tyson Foods Inc. - CL A | A | Dividend | | | Sold (part) | 6/25 | J | A | |
| 87. | | | | | Sold | 8/13 | J | A | |
| 88. Stock - Archer-Daniels-Midland Co. | A | Dividend | J | T | Sold (part) | 7/30 | J | A | |
| 89. Stock - Toyota Motor Corp. | A | Dividend | | | Sold | 9/24 | J | A | |
| 90. Stock - JC Penney Co. Inc. | A | Dividend | J | T | Sold (part) | 3/12 | J | A | |
| 91. Stock - Safeway Inc. | A | Dividend | | | Sold (part) | 5/28 | J | A | |
| 92. | | | | | Sold | 8/4 | J | A | |
| 93. Stock - TJX Companies Inc. | A | Dividend | | | Sold | 5/18 | J | A | |
| 94. Stock - Eastman Chemical Co. | A | Dividend | | | Sold | 9/14 | J | A | |
| 95. Stock - General Electric Co. | A | Dividend | | | Buy (add'l) | 10/14 | J | | |
| 96. | | | | | Buy (add'l) | 10/19 | J | | |
| 97. | | | | | Buy (add'l) | 11/20 | J | | |
| 98. | | | | | Sold | 12/16 | J | A | |
| 99. Stock - Corning Inc. | A | Dividend | J | T | Buy (add'l) | 1/22 | J | | |
| 100. | | | | | Buy (add'l) | 1/22 | J | | |
| 101. | | | | | Buy (add'l) | 9/29 | J | | |
| 102. | | | | | Sold (part) | 4/9 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclo ure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold (part) | 12/11 | J | A | |
| 104.. Stock - Nokia Corp. | A | Dividend | J | T | Buy (add'l) | 2/6 | J | | |
| 105. | | | | | Sold (part) | 4/9 | J | A | |
| 106. | | | | | Sold (part) | 7/1 | J | A | |
| 107. Stock - Ericsson LM TEL Co. | A | Dividend | | | Sold (part) | 2/20 | J | A | |
| 108. | | | | | Sold | 8/14 | J | A | |
| 109. Stock - Motorola Inc. | A | Dividend | J | T | | | | | |
| 110. Stock - Dell Inc. | | None | | | Sold | 1/30 | J | A | |
| 111. Stock - Western Digital Corp. | | None | J | T | | | | | |
| 112. Stock - Apache Corp. | A | Dividend | | | Sold (part) | 8/20 | J | A | |
| 113. | | | | | Sold | 11/3 | J | A | |
| 114. Stock - Devon Energy Corp. | A | Dividend | J | T | | | | | |
| 115. Stock - Occidental Petroleum Corp. | A | Dividend | | | Sold | 10/29 | J | A | |
| 116. Stock - Hartford Financial Services Group (Y) | | | | | | | | | |
| 117. Stock - Amgen Inc. | | None | | | Sold | 6/25 | J | A | |
| 118. Stock - Amgen Inc. (Y) | | | | | | | | | |
| 119. Masco Corp. | A | Dividend | J | T | Buy | 5/18 | J | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)           U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NVR Inc. | | None | J | T | Buy | 6/15 | J | | |
| 121. Pulte Group Inc. | | None | J | T | Buy | 7/31 | J | | |
| 122. Ace LTD | A | Dividend | J | T | Buy | 3/19 | J | | |
| 123. Ameriprise Financial Inc. | | None | J | T | Buy | 11/4 | J | | |
| 124. Principal Financial Group | | None | J | T | Buy | 12/23 | J | | |
| 125. BB&T Corp. | A | Dividend | J | T | Buy | 9/8 | J | | |
| 126. US Bancorp | A | Dividend | J | T | Buy | 5/14 | J | | |
| 127. | | | | | Sold (part) | 11/18 | J | A | |
| 128. Wells Fargo & Co. | A | Dividend | J | T | Buy | 5/8 | J | | |
| 129. | | | | | Buy (add'l) | 12/15 | J | | |
| 130. Vodafone Group PLC- SP ADR | A | Dividend | J | T | Buy | 5/6 | J | | |
| 131. Nisource Inc. | A | Dividend | J | T | Buy | 9/24 | J | | |
| 132. RRI Energy Inc. (X) | | None | J | T | Buy (add'l) | 7/7 | J | | |
| 133. Time Warner Cable | | None | J | T | Buy | 9/2 | J | | |
| 134. News Corp. (X) | A | Dividend | J | T | Buy (add'l) | 1/29 | J | | |
| 135. Bunge LTD (X) | A | Dividend | J | T | Buy (add'l) | 3/19 | J | | |
| 136. | | | | | Buy (add'l) | 11/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Dean Foods Co. | | None | J | T | Buy | 10/13 | J | | |
| 138. Smithfield Foods Inc. | | None | J | T | Buy | 6/24 | J | | |
| 139. Constellation Brands Inc. - A | | None | J | T | Buy | 7/29 | J | | |
| 140. Ford Motor Co. | | None | J | T | Buy | 11/11 | J | | |
| 141. Home Depot Inc. | A | Dividend | J | T | Buy | 1/7 | J | | |
| 142. | | | | | Sold (part) | 5/12 | J | A | |
| 143. Limited Brands Inc. | A | Dividend | J | T | Buy | 1/13 | J | | |
| 144. Lowe's Cos Inc. | A | Dividend | J | T | Buy | 2/9 | J | | |
| 145. Office Depot Inc. | | None | J | T | Buy | 9/24 | J | | |
| 146. AK Steel Holding Corp. | A | Dividend | J | T | Buy | 8/19 | J | | |
| 147. Steel Dynamics Inc. | | None | J | T | Buy | 11/16 | J | | |
| 148. DuPont (E.I.) De Nemours | A | Dividend | J | T | Buy | 4/17 | J | | |
| 149. Huntsman Corp. | A | Dividend | J | T | Buy | 12/7 | J | | |
| 150. Ingersoll-Rand | A | Dividend | J | T | Buy | 6/8 | J | | |
| 151. | | | | | Buy (add'l) | 11/10 | J | | |
| 152. SPX Corp. | A | Dividend | J | T | Buy | 12/2 | J | | |
| 153. Northrop Grumman Corp. | A | Dividend | J | T | Buy | 4/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Ensco PLC | A | Dividend | J | T | Buy | 5/27 | J | | |
| 155. Dell Inc. | | None | J | T | Buy | 7/17 | J | | |
| 156. | | | | | Buy (add'l) | 11/23 | J | | |
| 157. Symantec Corp. (X) | | None | J | T | Buy (add'l) | 3/23 | J | | |
| 158. Garmin LTD | A | Dividend | J | T | Buy | 11/9 | J | | |
| 159. Tyco Electronics Ltd. | A | Dividend | J | T | Buy | 4/22 | J | | |
| 160. | | | | | Buy (add'l) | 8/21 | J | | |
| 161. Cimarex Energy Co. | A | Dividend | J | T | Buy | 7/31 | J | | |
| 162. Nexen Inc. | A | Dividend | J | T | Buy | 5/26 | J | | |
| 163. Valero Energy Corp. | A | Dividend | J | T | Buy | 7/15 | J | | |
| 164. | | | | | Buy (add'l) | 8/7 | J | | |
| 165. | | | | | Buy (add'l) | 8/20 | J | | |
| 166. Lincoln National Corp. | A | Dividend | | | Buy | 1/29 | J | | |
| 167. | | | | | Sold | 12/1 | J | A | |
| 168. Regions Financial Corp. | A | Dividend | | | Buy | 5/20 | J | | |
| 169. | | | | | Sold | 12/21 | J | A | |
| 170. Crown Castle Intl Corp. | | None | | | Buy | 7/29 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold | 10/15 | J | A | |
| 172. Eli Lilly & Co. | A | Dividend | | | Buy | 4/9 | J | | |
| 173. | | | | | Sold (part) | 7/13 | J | A | |
| 174. | | | | | Sold | 9/2 | J | A | |
| 175. GlaxoSmithKline PLC-Spon | A | Dividend | | | Buy | 3/19 | J | | |
| 176. | | | | | Sold | 11/16 | J | A | |
| 177. Schering-Plough CP (X) | A | Dividend | | | Sold | 11/4 | J | A | |
| 178. Proctor & Gamble Co. | A | Dividend | | | Buy | 4/16 | J | | |
| 179. | | | | | Sold (part) | 7/8 | J | A | |
| 180. | | | | | Sold (part) | 11/18 | J | A | |
| 181. | | | | | Sold | 12/15 | J | A | |
| 182. Gap Inc. | A | Dividend | | | Buy | 2/27 | J | | |
| 183. | | | | | Sold | 5/22 | J | A | |
| 184. Microsoft Corp. | | None | | | Buy | 10/16 | J | | |
| 185. | | | | | Sold | 11/13 | J | A | |
| 186. EOG Resources Inc. | A | Dividend | | | Buy | 2/2 | J | | |
| 187. | | | | | Sold (part) | 11/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions. [REDACTED] U.S.A., is a Subchapter S Corporation wholly-owned and operated [REDACTED]. The company publishes and distributes educational picture cards.

Part VII. Investments and Trusts.

Item Bank of America Checking Account listed in Part VII, line 1 of the 2008 report was indvertently left on the report and was in fact closed in approximately 2000.

Items [REDACTED] Horse - 15% Ownership listed in Part VII, lines 3 and 19 of the 2008 report were inadvertently left on the report and were in fact dissolved in 1997.

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 08/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544